IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
         FILED
      MAY - 6 2025
      ARTHUR JOHNSTON
   BY              DEPUTY
```

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 3:25-cr-75-TSL-ASH

LAUREL CHUKWUJINDU ECHEZONAM              18 U.S.C. § 922(a)(6)

**The Grand Jury charges:**

COUNT 1

That on or about June 7, 2024, in Rankin County in the Northern Division of the Southern District of Mississippi, the defendant, **LAUREL CHUKWUJINDU ECHEZONAM**, in connection with the acquisition or attempted acquisition of a firearm from Two Gun Tactical, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, knowingly made a false and fictitious written statement to Two Gun Tactical which statement was intended and likely to deceive Two Gun Tactical as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under Chapter 44 of Title 18, in that **LAUREL CHUKWUJINDU ECHEZONAM** falsely represented that he was not an alien illegally or unlawfully in the United States when answering box 21.l. on Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 2

That on or about June 8, 2024, in Warren County in the Northern Division of the Southern District of Mississippi, the defendant, **LAUREL CHUKWUJINDU ECHEZONAM**, in connection with the acquisition or attempted acquisition of a firearm from Top Dollar Pawn, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, knowingly made a false and fictitious written statement to Top Dollar Pawn which statement was

intended and likely to deceive Top Dollar Pawn as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under Chapter 44 of Title 18, in that **LAUREL CHUKWUJINDU ECHEZONAM** falsely represented that he was not an alien illegally or unlawfully in the United States when answering box 21.l. on Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

*[signature: Erin O. Chalk]*
for PATRICK A. LEMON
Acting United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ___6___ day of May 2025.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

2