In the United States District Court for the Southern District of Mississippi Northern District

United States of America

v.

Laurel Echezonam

Criminal No. 3:24-cr-0075-TSL-ASH

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC - 1 2025
BY ARTHUR JOHNSTON
DEPUTY

## Motion To Speedy Trial
## Motion To Dismiss

Comes Now, Laurel Echezonam, the defendant moves this court for an order to speedy trial and dismiss case, of record based upon the following grounds:

### I.

This matter pending before the Southern District of Mississippi Northern Division ~~of Warren~~.

### II.

All they have on me are all circumstantial, because there are no valuable evidence, I ask him (Store owner) to fill that form and sign on it, knowing that I (Laurel Echezonam) the defendant

Knows how to Read, write and speak English well.

### III.

November 11, 2022, I (Laurel Echezonam) the defendant entered the United States, August 3rd, 2023 at 3:52pm 31 seconds (central daylight time) my Asylum was filed and uploaded by Law office of Ali and Associates. On June 7, 2024 and June 8th, 2024 was the day I allegedly committed a crime

### IV.

ATF, NICS Application form don't have anything on the form that stops Asylum seeker trying purchase a firearm on both location.

### V.

8 months being detained with no valuable evidence, against (Laurel Echezonam) the defendant by violating my constitutional rights,

I have not appeared in court for my pre-trial.

Wherefore, Premises Considered I (Laurel Echezonam) the defendant do hereby moves motions to speedy trial and dismiss herein plus any and all other relief the court deems appropriate.

Respectfully Submitted.

25th Day of November 2025

Kelli Yates

Laurel Echezonam

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID#127715
KELLI YATES
Commission Expires
Jan 23, 2029
MADISON COUNTY