```
                UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF MISSISSIPPI
                       NORTHERN DIVISION
```

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO: 3:25-cr-75-TSL-ASH

LAUREL CHUKWUJINDU ECHEZONAM                                      DEFENDANT

ORDER

It is hereby ordered that defendant Laurel Chuckwujindu Echezonam's pro se motion for a speedy trial is denied. Defendant is represented by counsel and accordingly, his pro se motion is properly disregarded. See United States v. Lopez, No. 07-40376, 313 F. App'x 730, 731 (5th Cir. March 11, 2009) (holding that because "[a] criminal defendant does not have the right to 'hybrid representation [,]'" his pro se motion to dismiss on speedy trial grounds was unauthorized and properly disregarded by district court) (quoting United States v. Ogbonna, 184 F.3d 447, 449 & n. 1 (5th Cir. 1999)).

SO ORDERED this 9th day of December, 2025.

　　　　　　　　　　　　　　　　　/s/ Tom S. Lee
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE